IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ERIC JORDAN ELAM, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00353-MTT-AGH |
| | * |
| MACON STATE PRISON, | |
| | * |
| Defendants. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated 3/19/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 19th day of March, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk